UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA S. CANTU,

       Plaintiff,

Case No. 1:16-cv-741

v.

HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant,
_____/

## **JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:   May 23, 2017                     /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge